**Julio Jose Leon SANCHEZ,**
**Petitioner–Appellant,**

v.

**UNITED STATES of America,**
**Respondent–Appellee.**

No. 08–3053.

United States Court of Appeals,
Seventh Circuit.

Submitted Feb. 2, 2009 *.

Decided Feb. 25, 2009.

Rehearing and Rehearing En Banc
Denied March 24, 2009.

Julio Jose Leon Sanchez, Waseca, MN, pro se.

Elizabeth Altman, Attorney, Office of the United States Attorney, Madison, WI, for Respondent–Appellee.

Before FRANK H. EASTERBROOK, Chief Judge, WILLIAM J. BAUER, Circuit Judge and MICHAEL S. KANNE, Circuit Judge.

**Order**

After denying Julio Jose Leon Sanchez's motion for relief under 28 U.S.C. § 2255,

---

* This successive appeal has been submitted to the original panel under Operating Procedure 6(b). After examining the briefs and the rec-

ord, we have concluded that oral argument is unnecessary. See Fed. R.App. P. 34(a); Cir. R. 34(f).

the district judge stated that reasonable persons could disagree with her decision and issued a certificate of appealability. This certificate does not comply with 28 U.S.C. § 2253(c)(3) because it does not identify the issue for appeal or state why that issue satisfies the requirement of subsection (b)(2) that the appeal present a "substantial showing of the denial of a constitutional right." The district court's certificate therefore is vacated. *Davis v. Borgen,* 349 F.3d 1027 (7th Cir.2003).

We have reviewed the district court's opinion and appellant's brief. For the reasons explained in the district court's thorough opinion, none of the arguments presented by appellant is substantial. Sanchez therefore is not entitled to a certificate of appealability in this court, and the appeal is dismissed.